UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:25-cr-358-VMC-CPT

ESAI PASTRANA CRUZ

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Order of October 7, 2025, filed at Doc. 16, the United States herein states as follows:

1.     Brief summary of the case's status:

On July 16, 2025, Esai Pastrana Cruz was named in a seventeen-count indictment charging him with conspiring to make and making false statements to a firearm dealer, in violation of 18 U.S.C. §§ 371 and 922(a)(6). Doc. 1.

On July 23, 2025, Pastrana Cruz was arrested in the District of Puerto Rico and released pending trial. Doc. 6. Pastrana Cruz was subsequently arraigned in-district on August 14, 2025. Doc. 9.

On September 4, 2025, the Court granted Pastrana Cruz's first motion to continue and scheduled the case on the January 2026 trial term.

2.     Possibility of a plea agreement:

The parties currently anticipate this case to resolve via plea. On November 24, 2025, the United States extended a written plea agreement to Pastrana Cruz.

3. Number of days required for trial, for government's case-in-chief:

The government anticipates requiring three days for its case-in-chief.

4. Pending motions, dates on which they were filed, and whether they are

ripe for determination:

On November 24, 2025, Pastrana Cruz filed a motion for a two-cycle

continuance to the March 2026 trial term. The United States does not object.

5. Potential speedy trial problems:

No speedy trial problems currently exist. The Court made an ends of justice

finding through the January 2026 trial term.

The United States has consulted with counsel for the defendant herein and

both parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  */s/ Jeff Chang*
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: Jeffrey.Chang@usdoj.gov

2

**U.S. v. Esai Pastrana Cruz**                    **Case No. 8:25-cr-358-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen Consuegra, Esquire

*/s/ Jeff Chang*
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: Jeffrey.Chang@usdoj.gov